IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 27  A 9: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 2:07CV764-mht<br>) |
| SOUTHEASTERN STUD & COMPONENTS, INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Order No. 00-3047 of this Court, plaintiff Salzgitter Mannesmann International (USA) Inc. ("SMI") states that it is a privately held, wholly-owned subsidiary of parent company Salzgitter AG, a German corporation. SMI is aware of no other company or affiliate that could potentially pose a financial or professional conflict for a judge.

Submitted this the 22nd day of August, 2007.

1

_____
J. FORREST HINTON
ASB-8744-N47J

_____
CHRISTOPHER C. HAUG
ASB-9226-E64H

Attorneys for Plaintiff Salzgitter
Mannesmann International (USA) Inc.

OF COUNSEL:

Baker, Donelson, Bearman,
   Caldwell & Berkowitz, P.C.
Wachovia Tower
420 N. 20th Street, Ste. 1600
Birmingham, AL 35203
(205) 328-0480

**Plaintiff's Address:**

Salzgitter Mannesmann International (USA) Inc.
1770 St. James Place, Suite 500
Houston, Texas 77056-3499

**TO BE SERVED UPON DEFENDANT WITH THE VERIFIED COMPLAINT BY CERTIFIED MAIL:**

Southeastern Stud & Components, Inc.
c/o Mr. Kennon W. Whaley, Sr.
Registered Agent
4542 Baldwin Avenue
Montgomery, Alabama 36108

2