IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:07CV764-mht ) ) |
| SOUTHEASTERN STUD & COMPONENTS, INC., | ) ) ) |
| Defendant. | ) |

**SUMMONS**

TO DEFENDANT:   Southeastern Stud & Components, Inc.
c/o Mr. Kennon W. Whaley, Sr.
Registered Agent
4542 Baldwin Avenue
Montgomery, Alabama 36108

You are hereby summoned and required to serve upon Plaintiff's attorney(s):

**Christopher C. Haug, Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., Wachovia Tower, 420 North 20th Street, Suite 1600, Birmingham, Alabama 35203-5202**

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

DATE: 8/30/07           DEBRA P. HACKETT, CLERK
BY: William C. ____     Deputy Clerk
                        (SEAL OF COURT)

1

**DEFENDANT TO BE SERVED BY CERTIFIED MAIL:**

Southeastern Stud & Components, Inc.
c/o Mr. Kennon W. Whaley, Sr.
Registered Agent
4542 Baldwin Avenue
Montgomery, Alabama 36108

B CCH 755943 v1
2907276-000001 8/21/2007