| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery 8/31/7<br>C. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Southeastern Stud & Components, Inc.<br>c/o Mr. Kennon W. Whaley, Sr.<br>Registered Agent<br>4542 Baldwin Avenue<br>Montgomery, Alabama 36108<br><br>07cv764  S.C. Corp Dis | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)  7000 0600 0023 1695 7866 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |