UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SALZGITTER MANNESMANN INTERNATIONAL (USA), INC.,** <br><br> **Plaintiff,** <br><br> **V.** <br><br> **SOUTHEASTERN STUD & COMPONENTS, INC.,** <br><br> **Defendant.** | **CASE NO. CV-2:07-CV-764-MHT** |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Respectfully submitted on October 23, 2007.

                                              Memory *&* Day

By:    /S/ James L. Day
           James L. Day
           ASB-1256-A55J

           Von G. Memory
           ASB-8137-071V


- 2 -

        Attorneys for Plaintiffs

OF COUNSEL:

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing document on the following, by:

    ☒ placing same in the United States Mail, postage prepaid, and properly addressed

    ☒ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)

    ☐ facsimile

    ☐ hand delivery

    ☐ delivered in open court

on October 23, 2007.

J. Forrest Hinton, Esq.
Christopher C. Haug, Esq.
Baker, Donelson, Bearman, Cauldwell & Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

        /S/ James L. Day
        James L. Day