IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., <br><br> s        Plaintiff, <br><br> v. <br><br> SOUTHEASTERN STUD & COMPONENTS, INC., <br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 2:07cv764-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT

Plaintiff Salzgitter Mannesmann International (USA) Inc. ("SMI") hereby gives notice that the following discovery was served upon Defendant's counsel by U.S. First Class Mail the 1st Day of November, 2007:

INITIAL DISCLOSURES OF SALZGITTER MANNESMANN INTERNATIONAL (USA) INC.

        s/ J. Forrest Hinton
          J. FORREST HINTON
        ASB-3744-N47J

        / Christopher C. Haug
          CHRISTOPHER C. HAUG
        ASB-9226-E64H

        Attorneys for Plaintiff Salzgitter
        Mannesmann International (USA) Inc.

1

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL,
    & BERKOWITZ, PC
Wachovia Tower
420 20th Street North, Ste. 1600
Birmingham, AL 35203
(205) 328-0480 (telephone)
(205) 322-8007 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2007, the foregoing has been served upon the following counsel of record via the Court's CM-ECF electronic filing system:

JAMES L. DAY
VON G. MEMORY
Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103
(334) 834-8000 (telephone)
(334) 834-8001 (facsimile)

Attorneys for Defendant Southeastern Stud & Components, Inc.

                                              s/ Christopher C. Haug
                                                 Of Counsel

B LLM 762918 v1
2907276-000001 11/1/2007