UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., <br><br>  Plaintiff, <br><br> V. <br><br> SOUTHEASTERN STUD & COMPONENTS, INC., <br><br>  Defendant. | Case No. CV-2:07-CV-764-MHT |

NOTICE OF SERVICE OF DISCOVERY – DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS, AND INTERROGATORIES

Counsel for Defendant, Southeastern Stud & Components, Inc., served the following individuals with the Defendant's response to the Plaintiff's Request for Production of Documents, Interrogatories, and Request for Admissions:

| | | |
|---|---|---|
| J. Forrest Hinton, Esq. <br> Baker, Donelson, Bearman, Cauldwell & Berkowitz, PC <br> Wachovia Tower <br> 420 North 20th Street, STE 1600 <br> Birmingham, AL 35203 | Christopher C. Haug, Esq. <br> Baker, Donelson, Bearman, Cauldwell & Berkowitz, PC <br> Wachovia Tower <br> 420 North 20th Street, STE 1600 <br> Birmingham, AL 35203 | J. Elliot Walthall, Esq. <br> Baker, Donelson, Bearman, Cauldwell & Berkowitz, PC <br> Wachovia Tower <br> 420 North 20th Street, STE 1600 <br> Birmingham, AL 35203 |

The responses were served by mail delivery on February 1, 2008.

Respectfully submitted on this the 1st day of February 2008.

                                                                  Memory & Day

                                                 By: /S/ James L. Day
                                                     James L. Day
                                                     ASB-1256-A55J

                                                Von G. Memory
                                                ASB-8137-071V

                                                Attorneys for Defendant

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email  vgmemory@memorylegal.com
         jlday@memorylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on February 1, 2008.

J. Forrest Hinton, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

Christopher C. Haug, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

J. Elliot Walthall, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

/S/ James L. Day
James L. Day