UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> V. <br><br> SOUTHEASTERN STUD & COMPONENTS, INC., <br><br> Defendant. | CASE NO. CV-2:07-CV-764-MHT |

**AGREED MOTION TO EXTEND UNIFORM SCHEDULING ORDER DEADLINES**

The Uniform Scheduling Order, October 23, 2007, directs the parties to complete discovery no later than February 15, 2008 and filing of dispositive motions no later than 90 days prior to the pretrial hearing date (date or pretrial hearing, May 19, 2008), or February 19, 2008. The parties have initiated discovery but in that some of the witnesses have residence and/or reside outside the State of Alabama, the parties jointly request this Honorable Court to allow the parties to complete discovery and extend the deadline to complete discovery to March 7, 2008. Also the parties request that the deadline to file dispositive motions be extended to March 14, 2008.

No other deadlines are to be changed or modified. The parties aver that that the above-referenced extensions of time will not unduly delay the scheduled trial date, June 23, 2008.

Although the above agreed motion is signed by counsel for Southeastern Stud & Components, Inc., James L. Day, nevertheless, counsel for both parties have discussed this motion and agree to the contents thereof.

Respectfully submitted on this the 1st day of February 2008.

          Memory & Day

          By: /S/ James L. Day
          James L. Day
          ASB-1256-A55J

          Von G. Memory
          ASB-8137-071V

          Attorneys for Defendant

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email  vgmemory@memorylegal.com
       jlday@memorylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on February 8, 2008.

J. Forrest Hinton, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

Christopher C. Haug, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

J. Elliot Walthall, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

/S/ James L. Day
James L. Day