UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC.,<br><br>    Plaintiff,<br><br>V.<br><br>SOUTHEASTERN STUD & COMPONENTS, INC.,<br><br>    Defendant. | CASE NO. CV-2:07-CV-764-MHT |

**RENEWED MOTION TO EXTEND UNIFORM SCHEDULING ORDER DEADLINES**

The Uniform Scheduling Order, October 23, 2007, directs the parties to complete discovery no later than February 15, 2008 and filing of dispositive motions no later than 90 days prior to the pretrial hearing date (date or pretrial hearing, May 19, 2008), or February 19, 2008. **Also, the Uniform Scheduling Order directs that parties enter into good faith negotiations regarding settlement (see paragraph three)**. The parties sought additional time for discovery and the motion (ECF Doc. 18) was granted under an order dated February 11, 2008.

Since the referenced order (February 11, 2008) the parties have attempted to reach a settlement without the requirement of expensive discovery, which would require at least one party to travel to Montgomery, Alabama from the State of Kentucky, and counsel for Southeastern Stud & Components, Inc., traveling to Chicago, Illinois for another deposition.

The parties have entered into a dialogue regarding settlement and require additional time to finalize the terms and prepare a settlement document. This cannot be completed prior to the current discovery cutoff date (March 7, 2008). Therefore, the parties request two additional weeks to complete discovery and two weeks after the end of discovery to file dispositive

motions.

No other deadlines are to be changed or modified. The parties aver that that the above-referenced extensions of time will not unduly delay the scheduled trial date, June 23, 2008.

**Although the above agreed motion is signed by counsel for Southeastern Stud & Components, Inc., James L. Day, nevertheless, counsel for both parties have discussed this motion and agree to the contents thereof.**

Respectfully submitted on this the 7th day of March 2008.

                                          Memory & Day

                              By:  /S/ James L. Day
                                      James L. Day
                                      ASB-1256-A55J

                                      Von G. Memory
                                      ASB-8137-071V

                                      Attorneys for Defendant

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email   vgmemory@memorylegal.com
        jlday@memorylegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on March 7, 2008.

J. Forrest Hinton, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

Christopher C. Haug, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

J. Elliot Walthall, Esq.
Baker, Donelson, Bearman, Cauldwell
& Berkowitz, PC
Wachovia Tower
420 North 20th Street, STE 1600
Birmingham, AL 35203

/S/ James L. Day
James L. Day