IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SALZGITTER MANNESMANN        )
INTERNATIONAL (USA), INC.,   )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:07cv764-MHT
                             )
SOUTHEASTERN STUD &          )
COMPONENTS, INC.,            )
                             )
     Defendant.              )

ORDER

It is ORDERED that the renewed motion to extend

deadlines (Doc. No. 20) is granted as requested.

DONE, this the 12th day of March, 2008.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE