IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SALZGITTER MANNESMANN          )
INTERNATIONAL (USA) INC.,       )
                                )
                                )
            Plaintiff,           )
                                )
v.                              )    Civil Action No.: 2:07cv764-MHT
                                )
SOUTHEASTERN STUD &             )
COMPONENTS, INC.,               )
                                )
                                )
            Defendant.           )

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
DISPOSITIVE MOTIONS**

Now comes Plaintiff Salzgitter Mannesmann International (USA), Inc. ("Salzgitter"), and moves this Court in an unopposed motion to extend the deadline to file dispositive motions by one week, from March 28, 2007 until April 4, 2007.

No other deadlines are to be changed or modified and the parties aver that the above-referenced extension of time will not unduly delay the scheduled trial date of June 23, 2008.

Counsel for both parties have discussed and agreed to this motion and the contents thereof.

Respectfully submitted this the 25th day of March, 2008.

 s/ J. Forrest Hinton
J. FORREST HINTON
ASB-3744-N47J
CHRISTOPHER C. HAUG
ASB-9226-E64H

Attorneys for Plaintiff Salzgitter
Mannesmann International (USA) Inc.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of March, 2008, the foregoing was served by electronic mail via the Court's CM/ECF system on the following:


James L. Day
Von G. Memory
469 S Mcdonough St
Montgomery, AL 36104
Montgomery, Alabama 36103-4054
Telephone (334) 834-8000
Facsimile (334) 834-8001

 s/ J. Forrest Hinton
OF COUNSEL