IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **SALZGITTER MANNESMANN INTERNATIONAL (USA), INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv764-MHT |
| **SOUTHEASTERN STUD & COMPONENTS, INC.,** | ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to extend time to file dispositive motions (Doc. No. 22) is granted.

DONE, this the 26th day of March, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**