IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:07cv764-MHT |
| SOUTHEASTERN STUD & COMPONENTS, INC., ) ) ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 24) is set for submission, without oral argument, on April 25, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 7th day of April, 2008.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE