IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SALZGITTER MANNESMANN      )
INTERNATIONAL (USA), INC., )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )     2:07cv764-MHT
                           )
SOUTHEASTERN STUD &        )
COMPONENT, INC.,           )
                           )
    Defendant.             )
```

## ORDER

It is ORDERED that the motion to compel arbitration (doc. no. 28) is set for submission, without oral argument, on May 2, 2008, with all briefs and evidentiary materials due by said date.

DONE, this the 23rd day of April, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**