IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 2:07cv764-MHT<br>) |
| SOUTHEASTERN STUD & COMPONENTS, INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

**NOTICE REGARDING PARTIES' SETTLEMENT CONFERENCE**

Plaintiff Salzgitter Mannesmann International (USA) Inc. ("Salzgitter") submits the following in compliance with the Court's Uniform Order, as notice of the parties' face-to-face settlement conference held on April 24, 2008.

1. On April 24, 2008, at approximately 3:00 p.m., counsel for Salzgitter J. Elliott Walthall met with counsel for defendant Southeastern Stud & Components, Inc., ("Southeastern Stud") Von G. Memory, at the offices of the latter in Montgomery, Alabama, and conferred with him regarding settlement and mediation as required by the Court's Uniform Order.

2. Although the parties have attempted to reach an agreement with regard to settlement, it was confirmed at the conference that the positions of the two sides are currently irreconcilable.

3. Because Southeastern Stud is unable at this time to make an offer acceptable to Salzgitter, it was agreed that mediation would be ineffective in resolving the parties' dispute.

 s/ J. Forrest Hinton
J. FORREST HINTON
CHRISTOPHER HAUG

Attorneys for Plaintiff Salzgitter
Mannesmann International (USA) Inc.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, Alabama  35203
Telephone (205) 328-0480
Facsimile  (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on this April 29, 2008, the foregoing was served by electronic mail via the Court's CM/ECF system on the following:

James L. Day
Von G. Memory
469 South McDonough Street
Montgomery, Alabama  36103-4054
Telephone (334) 834-8000
Facsimile  (334) 834-8001

 s/ J. Forrest Hinton
Of Counsel