IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No.: 2:07cv764-MHT ) |
| SOUTHEASTERN STUD & COMPONENTS, INC., | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Stacey A. Davis and J. Elliott Walthall hereby enter their appearance as attorneys for Plaintiff Salzgitter Mannesmann International (USA) Inc. Their names should be substituted for that of Christopher C. Haug in the above-styled matter.

      /s/ Stacey A. Davis
J. FORREST HINTON
STACEY A. DAVIS
J. ELLIOTT WALTHALL

Attorneys for Plaintiff Salzgitter
Mannesmann International (USA) Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203
(205) 244-3800 - telephone
(205) 488-3800 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel via the Court's CM/ECF system this the 30th day of April, 2008:

> James L. Day
> Von G. Memory
> Memory & Day
> 469 South McDonnough Street
> Montgomery, AL 36103-4054
> Telephone (334) 834-8000
> Facsimile (334) 8001

    /s/ Stacey A. Davis
    OF COUNSEL

B SAD 782188 v1
2907276-000001 4/22/2008