IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No.: 2:07cv764-MHT ) |
| SOUTHEASTERN STUD & COMPONENTS, INC., | ) ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Christopher C. Haug, one of the attorneys of record for Plaintiff Salzgitter Mannesmann International (USA) Inc., hereby moves the Court for entry of an Order permitting him to withdraw as counsel of record for Plaintiff. J. Forrest Hinton will continue to serve Plaintiff as counsel of record, and Stacey A. Davis and James Elliott Walthall, also with the law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, P.C., have entered their appearance in substitution in his stead. There will be no prejudice to either party if this Motion is granted.

WHEREFORE, the undersigned counsel prays that the Court will enter an order allowing him to withdraw as counsel of record for Plaintiff Salzgitter Mannesmann International (USA) Inc.

B CCH 783478 v1
2907276-000001 5/1/2008

          s/ Christopher C. Haug
J. FORREST HINTON
CHRISTOPHER C. HAUG
STACEY A. DAVIS
J. ELLIOTT WALTHALL

Attorneys for Plaintiff Salzgitter
Mannesmann International (USA) Inc.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, Alabama  35203
Telephone (205) 328-0480
Facsimile  (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on this May 1, 2008, the foregoing was served by electronic mail via the Court's CM/ECF system on the following:

James L. Day
Von G. Memory
469 South McDonough Street
Montgomery, Alabama  36103-4054
Telephone (334) 834-8000
Facsimile  (334) 834-8001

          s/ Christopher C. Haug
          Of Counsel