IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:07cv764-MHT |
| SOUTHEASTERN STUD & COMPONENT, INC., ) ) ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion for leave to file reply brief (doc. no. 33) is granted.

DONE, this the 1st day of May, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE