IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., ) ) ) Plaintiff, ) ) v. ) ) SOUTHEASTERN STUD & ) COMPONENT, INC., ) ) Defendant. ) | CIVIL ACTION NO. 2:07cv764-MHT |

### ORDER

It is ORDERED that the notice of substitution of counsel (doc. no. 32) is treated as a motion to substitute and said motion is granted.

DONE, this the 1st day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**