IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SALZGITTER MANNESMANN        )
INTERNATIONAL (USA), INC.,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    2:07cv764-MHT
                             )
SOUTHEASTERN STUD &          )
COMPONENT, INC.,             )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 34) is granted.

DONE, this the 1st day of May, 2008.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE