IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:07cv764-MHT |
| SOUTHEASTERN STUD & COMPONENTS, INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's October 23, 2007 Scheduling Order (Doc. No. 13), Plaintiff Salzgitter Mannesmann International (USA) Inc. ("Salzgitter") submits the following list the witnesses it intends to call during the trial of this matter.

Will Call:

1. Joseph Silva
   Salzgitter Mannesmann International (USA) Inc.
   1770 St. James Pl., STE 500
   Houston, TX 77056
   (713) 386-7900

2. Rolf Mainz
   Salzgitter Mannesmann International (USA) Inc.
   2300 N. Barrington Road
   Suite 575
   Hoffman Estates, Illinois 60195
   (847) 843-3800

3. Scott Dowdell
   4542 Baldwin Ave.
   Montgomery, AL 36108
   (334) 286-0838

May Call:

4. Mike Saltarelli
   Salzgitter Mannesmann International (USA) Inc.
   2300 N. Barrington Road
   Suite 575
   Hoffman Estates, Illinois 60195
   (847) 843-3800

5. Kennon Whaley
   4542 Baldwin Ave.
   Montgomery, AL 36108
   (334) 286-0838

6. Arthur L. Whitman
   4542 Baldwin Ave.
   Montgomery, AL 36108
   (334) 286-0838

7. Any witness identified by Defendant.

8. Any witness needed for rebuttal.

2

 s/ J. Forrest Hinton
J. FORREST HINTON
STACEY A. DAVIS
J. ELLIOTT WALTHALL

Attorneys for Plaintiff Salzgitter Mannesmann International (USA) Inc.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, Alabama  35203
Telephone (205) 328-0480
Facsimile  (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2008, the foregoing was served by electronic mail via the Court's CM/ECF system on the following:

   James L. Day
   Von G. Memory
   469 South McDonough Street
   Montgomery, Alabama  36103-4054
   Telephone (334) 834-8000
   Facsimile  (334) 834-8001

 s/ J. Forrest Hinton
Of Counsel

3