UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SALZGITTER MANNESMANN INTERNATIONAL (USA), INC.,**<br><br>     Plaintiff,<br><br>V.<br><br>**SOUTHEASTERN STUD & COMPONENTS, INC.,**<br><br>     Defendant. | **CASE NO. CV-2:07-CV-764-MHT** |

**DEFENDANT'S TRIAL EXHIBITS**

Pursuant to the Court's October 23, 2007 Scheduling Order, Defendant submits the following list the exhibits it intends to use during the trial of this matter.

| Ex # | Exhibit | Allowed | Denied |
|---|---|---|---|
| 1 | Purchase Order 120905-1, December 9, 2005 | ☐ | ☐ |
| 2 | Purchase Order 012306-1, January 23, 2006 | ☐ | ☐ |
| 3 | Purchase Order 1357, April 18, 2006 | ☐ | ☐ |
| 4 | Purchase Order 1414, May 11, 2006 | ☐ | ☐ |
| 5 | Purchase Order 1496, July 13, 2006 | ☐ | ☐ |
| 6 | Spreadsheet of Performance on above-referenced Purchase Orders | ☐ | ☐ |
| 7 | Correspondence between Plaintiff and Defendant from December 2005 through January 2008 | ☐ | ☐ |
| 8 | Copies of email messages between Plaintiff and Defendant from December 2005 through January 2008 | ☐ | ☐ |

Respectfully submitted on this the 14th day of May 2008.

                Memory *&* Day

            By: /S/ James L. Day
               James L. Day
               ASB-1256-A55J

               Von G. Memory
               ASB-8137-071V

               Attorneys for Southeastern
               Stud & Components, Inc.

OF COUNSEL

Memory *&* Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email vgmemory@memorylegal.com
    jlday@memorylegal.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a copy of the foregoing document on the following, by:

    ☒ placing same in the United States Mail, postage prepaid, and properly addressed

    ☐ facsimile

    ☐ hand delivery

    ☐ delivered in open court

on May 14, 2008.

J. Forrest Hinton Jr., Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 20th St N Ste 1600
Birmingham, AL 35203-5202

Stacey A Davis, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, AL 35203

James Elliott Walthall, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, AL 35203-5202

        /S/ James L. Day
        James L. Day