UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> V. <br><br> SOUTHEASTERN STUD & COMPONENTS, INC., <br><br> Defendant. | CASE NO. CV-2:07-CV-764-MHT |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's October 23, 2007 Scheduling Order, Defendant submits the following list the exhibits it intends to use during the trial of this matter.

1. Kennon Whaley, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

2. Mike Hawthorne, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

3. Deena L. Kelley, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

4. Nancy Thorn, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

5. Scott Dowdell, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

6. Arthur L. Whitman, 4542 Baldwin Ave., Montgomery, AL 36108, (334) 286-0838

7. Joseph Silva, Salzgitter Mannesmann International, Inc., 1770 St. James Pl., STE 500, Houston, TX 77056

8. Rolf Mainz, Contact Information Currently Unknown

9. Claus Gunelach, Contact Information Currently Unknown

10. Mike Saltarelli, Contact Information Currently Unknown

11. All parties to this lawsuit

12. Any witness named or called by any party to this lawsuit

13. Any witness referred to in any discovery document or deposition

14. Any other witness who may be disclosed as discovery progresses

15. All witnesses called by the Plaintiff.

16. Any witnesses identified during discovery whose name is not presently known.

17. Any depositions of witnesses called live at trial for impeachment purposes.

18. Any and all custodians of relevant records

Respectfully submitted on this the 14th day of May 2008.

                                                        Memory & Day

                                        By:  /S/ James L. Day
                                                  James L. Day
                                                  ASB-1256-A55J

                                                  Von G. Memory
                                                  ASB-8137-071V

                                                  Attorneys for Southeastern
                                                  Stud & Components, Inc.

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001
Email  vgmemory@memorylegal.com
         jlday@memorylegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing document on the

following, by:

> ☒ placing same in the United States Mail, postage prepaid, and properly addressed
>
> ☒ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)
>
> ☐ facsimile
>
> ☐ hand delivery
>
> ☐ delivered in open court

on May 14, 2008.

J. Forrest Hinton Jr., Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 20th St N Ste 1600
Birmingham, AL 35203-5202

Stacey A Davis, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, PC
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, AL 35203

James Elliott Walthall, Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, AL 35203-5202

/S/ James L. Day
James L. Day