IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA), INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv764-MHT |
| SOUTHEASTERN STUD & COMPONENT, INC., | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Because of the pending motions, it is ORDERED that the non-jury trial of this cause is continued to December 15, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, with all deadlines tied to the trial date adjusted accordingly.

DONE, this the 22nd day of August, 2008.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE